the plaintiff and the defendant takes writ of error. Dismissed for failure to file briefs and assignment of errors.

Decision Per Curiam.

---

Samuel B. Hubbard and William A. McDuff, copartners under the firm name of Hubbard & McDuff, Appellants, vs. Piedmont Phosphate Company, a corporation under the laws of Florida, James M. Graham and The Alachua Phosphate Company, a corporation under the laws of Florida, Appellees.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

*John G. Reardon,* for Appellants.

*Anderson & Hocker,* for Appellees.

The bill in this cause was filed by the appellants against the appellees. There were decrees for the defendants and the complainants appeal. The decrees are affirmed.

Decision Per Curiam.

---

Robert Mugge, Plaintiff in Error, vs. Arthur D. Whaley, Defendant in Error.

Writ of error to Circuit Court, Hilsborough county; N. B. K. Pettingill, Referee.